UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. BRASHEAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 11-1026 (JEB) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-entitled action hereby stipulate to dismiss this action against the Defendant with prejudice.

Dated: November 2, 2012

   /s/ David Sheldon
DAVID P. SHELDON
D.C. Bar #446039
Law Offices of David P. Sheldon
512 8th St., SE
Washington, D.C. 20003
*Attorney for Plaintiff*

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

   /s/ J. Gowel
JOHN J. GOWEL
Special Assistant United States Attorney
WYNNE P. KELLY
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
*Attorneys for Defendant*

It is SO ORDERED this _____ day of _____, 2012.

                                                                                                United States District Judge